Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Jennifer A Gates

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A GATES,<br><br>             Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant | Case No.: 2:09-cv-08242 FFM<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,200.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:      April 14, 2011

___/S/ FREDERICK F. MUMM
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-